UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MICHAEL VONDETTE,<br><br>        Petitioner,<br><br>   v.<br><br>RICHARD B. IVES,<br><br>        Respondent. | No. CV 13-07351-DSF (VBK)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. §636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), the records and files herein, and the Report and Recommendation of the United States Magistrate Judge ("Report"). Further, the Court has engaged in de novo review of those portions of the Report to which Petitioner has objected.

**IT IS ORDERED** that the Court accepts the findings and recommendations of the Magistrate Judge.

DATED: 2/18/14

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE