JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL VONDETTE, | ) No. CV 13-07351-DSF (VBK) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| RICHARD B. IVES, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: 2/18/14

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE